NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT
STATE OF LOUISIANA**

RE: Docket Number 2022-CA-0036

Calvin J. Hill, Individually and as the Executor of the
Succession of Elnora Johnson Hill

- - Versus - -

TMR Exploration, Inc., Park Exploration, Inc., and Vitol
Resources, Inc.

18th Judicial District Court
Case #: 41245
West Baton Rouge Parish

On Application for Rehearing filed on 01/05/2023 By Gemini Insurance Company

Rehearing _____ *Denied* _____

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz

_____
Chris Hester

Date __JAN 1 0 2023_____

_____
Rodd Naquin, Clerk